UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN XIONG,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>P. ASUNCION,<br><br>　　　　　Respondent. | No. 2: 18-cv-0373 TLN KJN P<br><br><br>ORDER |

Petitioner is a state prisoner, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is respondent's motion for an extension of time to file a response to the petition.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Respondent's motion for an extension of time (ECF No. 11) is granted;

2. Respondent's response to the petition is due on or before September 12, 2018.

Dated: August 15, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Xi373.eot

1