UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN XIONG,<br><br>        Petitioner,<br><br>    v.<br><br>P. ASUNCION,<br><br>        Respondent. | No. 2:18-cv-0373 TLN KJN P<br><br><br>ORDER |

      Petitioner has requested a ninety days extension of time to file a reply to respondent's answer. Good cause appearing, petitioner is granted a thirty days extension of time to file a reply. Any further requests for extension of time must be supported by substantial cause.

      Accordingly, IT IS HEREBY ORDERED that:

      1. Petitioner's request for an extension of time (ECF No. 15) is granted; and

      2. Petitioner shall file a reply to the answer within thirty days from the date of this order.

Dated: October 10, 2018

_/s/ Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

xion0373.111