UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN XIONG, | No. 2:18-cv-0373 TLN KJN P |
| Petitioner, | |
| v. | ORDER |
| P. ASUNCION, | |
| Respondent. | |

Petitioner has filed his second request for an extension of time to file and serve a reply to respondent's January 29, 2020 supplemental answer. Good cause appearing, the motion will be granted.

IT IS HEREBY ORDERED that:

1. Petitioner's motion for an extension of time (ECF No. 34) is granted; and

2. Petitioner is granted forty-five days from the date of this order in which to file and serve his reply.

Dated: May 4, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

xion0373.111sec