UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN XIONG,<br><br>   Petitioner,<br><br>   v.<br><br>P. ASUNCION, Warden,<br><br>   Respondent. | No. 2:18-cv-00373-TLN-KJN<br><br>**ORDER** |

Petitioner, a state prisoner proceeding *pro se*, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 4, 2022, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 39.) Petitioner has filed objections to the findings and recommendations. (ECF No. 42.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed January 4, 2022, (ECF No. 39), are adopted in full;

2. Petitioner's Application for a Writ of Habeas Corpus is DENIED; and

3. The Court declines to issue the Certificate of Appealability referenced in 28 U.S.C. § 2253.

**DATED: May 20, 2022**

_____
Troy L. Nunley
United States District Judge